EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Roberto Rivera Irizarry | 2024 TSPR 52<br><br>213 DPR ___ |

Número del Caso:  TS-11,132


Fecha:  22 de mayo de 2024


Representante legal del peticionario:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | TS-11,132 |
|---|---|---|
| Roberto Rivera Irizarry | | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2024.

Examinada la *Moción en Solicitud de Reinstalación* presentada por el Sr. Roberto Rivera Irizarry, se provee Ha Lugar a la misma. En consecuencia, se autoriza su reinstalación al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo